UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL TORELL,<br><br>               Plaintiff,<br>   v.<br><br>TODD LOVELL,<br><br>               Defendant. | Case No. 3:25-cv-05406-DGE<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |

Because Plaintiff does not appear to have funds available to afford the $405 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status. 28 U.S.C. § 1915(a)(1). Plaintiff's IFP application (Dkt. 5) is GRANTED, as to the financial criteria[1].

But, based on the allegations in the proposed complaint, it does not appear Plaintiff has met the criteria for IFP required under 28 U.S.C. § 1915(e)(2)(b). Therefore, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(b).

Plaintiff is advised the assigned United States District Judge may further review the Complaint under 28 U.S.C. § 1915(e)(2)(b). Pending review by the assigned District Judge, a summons may not be issued. If the summons is not issued, then further filings submitted by Plaintiff will not be considered until after the assigned District Judge completes their review under 28 U.S.C. § 1915(e)(2)(b).The Court advises Plaintiff that

---

[1] Plaintiff also filed a motion for emergency injunctive relief but the motion is not referred and therefore will not be discussed further in this Order. Dkt. 5-2.

leave to proceed in forma pauperis does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the Honorable David G. Estudillo, Chief United States District Judge.

Dated this 29th day of May, 2025.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING MOTION TO PROCEED IN
FORMA PAUPERIS - 2